# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

FLOYD LEE CORKINS, II

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about August 15, 2012, in the District of Columbia and elsewhere, defendant FLOYD LEE CORKINS, II did ship, transport, and receive a firearm and ammunition in interstate commerce from the Commonwealth of Virginia to the District of Columbia, with an intent to commit an offense therewith punishable by imprisonment for a term exceeding one year, and with knowledge and reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year was to be committed therewith, that is Murder, in violation of 22 D.C. Code Section 2101. (Interstate Transportation of a Firearm and Ammunition, in violation of Title 18, United States Code, Section 924(b)).

### COUNT TWO

On or about August 15, 2012, within the District of Columbia, defendant FLOYD LEE. CORKINS, II, while armed with a pistol, assaulted Leonardo Reno Johnson with intent to kill him. (Assault with Intent to Kill While Armed, in violation of 22 D.C. Code, Sections 401, 4502.)

I further state that I am Federal Bureau of Investigation Special Agent Garrett Nabors, and that this complaint is based on the following facts: See Attached Statement of Facts Continued on the attached sheet and made a part hereof.

Garrett Nabors, Special Agent

Sworn to before me and subscribed in my presence,

Date

Washington, D.C.
City and State

ALAN KAY
United States Magistrate Judge