IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 16, 2011

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: |
| | : | |
| | : | VIOLATIONS: |
| v. | : | |
| | : | 18 U.S.C. § 924(b) |
| | : | (Interstate Transportation of a Firearm |
| | : | and Ammunition) |
| | : | |
| FLOYD LEE CORKINS, II | : | 22 D.C. Code §§ 401, 4502 |
| | : | (Assault with Intent to Kill while Armed) |
| Defendant. | : | |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During the |
| | : | Commission of a Crime of Violence) |
| | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Interstate Transportation of a Firearm and Ammunition)

On or about August 15, 2012, in the District of Columbia and elsewhere, defendant FLOYD LEE CORKINS, II did ship, transport, and receive a firearm and ammunition in interstate commerce from the Commonwealth of Virginia to the District of Columbia, with an intent to commit an offense therewith punishable by imprisonment for a term exceeding one year, and with knowledge and reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year was to be committed therewith, that is, murder, in violation of 22 D.C. Code Section 2101.

**(Interstate Transportation of a Firearm and Ammunition,**
in violation of Title 18, U.S. Code, Section 924(b))

## COUNT TWO
### (Assault with Intent to Kill while Armed)

On or about August 15, 2012, within the District of Columbia, defendant FLOYD LEE CORKINS, II, while armed with a dangerous weapon, that is a pistol, assaulted Leonardo Reno Johnson with intent to kill him and others.

**(Assault with Intent to Kill while Armed,**
in violation of Title 22, D.C. Code, Sections 401, 4502 (2001 ed.))

## COUNT THREE
### (Possession of a Firearm During the Commission of a Crime of Violence)

On or about August 15, 2012, within the District of Columbia, defendant FLOYD LEE CORKINS, II, did possess a firearm, while committing the crime of assault with intent to kill while armed, as set forth in Count Two of this Indictment.

**(Possession of a Firearm During the Commission of a Crime of Violence,**
in violation of Title 22, D.C. Code, Section 4504(b) (2001 ed.))

A TRUE BILL

FOREPERSON

*Ronald C. Machen Jr./gm*
Attorney of the United States in
and for the District of Columbia