# EXHIBIT B
## (Still Photographs from FRC Video Footage)



