# EXHIBIT C
# (Leonardo Johnson's Injuries on August 15, 2012)









JOHNSON, LEONARDO   ENC#37061314   8/15/2012 IPT   ORT 8/17/2012 OR0240 eOperative Report 8/15/2012



# HOWARD UNIVERSITY HOSPITAL
2041 Georgia Avenue, N.W.
Washington, D.C. 20060

## OPERATIVE REPORT

PATIENT NAME:            JOHNSON, LEONARDO R
MEDICAL RECORD NO:       1173438
ACCOUNT #:               37061314
DOC ID #:                2012081500000066169
DATE OF BIRTH:
DATE OF SURGERY:         08/15/2012
SURGEON:                 BABAR SHAFIQ, MD
DICTATING PHYSICIAN:     BABAR SHAFIQ, MD
ANESTHESIOLOGIST:        RICHARD CLARK, M.D.
ASSISTANT (S):           DIDI OMIYI, M.D.
                         JAMES CARSON, M.D.

PREOPERATIVE DIAGNOSIS: Left type 3 open radius and ulnar shaft fractures.

POSTOPERATIVE DIAGNOSIS: Left type 3 open radius and ulnar shaft fractures.

PROCEDURE:
1.  Open reduction, internal fixation of left radius and ulnar shaft fracture.
2.  Irrigation and debridement of left open ulnar fracture and forearm wound.

OPERATIVE INDICATIONS: The patient is a 46-year-old male who works as a security guard. Today, he was assaulted by an assailant using a gun. The assailant shot him at close range to his left forearm. The patient then subdued the assailant per his report. He was then brought to Howard University Hospital Emergency Room where he was evaluated the emergency team and then orthopedics was consulted after a both bone forearm fracture was identified and verified with radiographs. The patient was cleared of other injuries per the trauma team and was deemed to have only isolated injuries to his left forearm. Typically, low velocity gunshot wounds may be treated as closed injuries, however, there were bone fragments from the ulna noted to be sticking out from the ulnar-sided exit wounds which were relatively large and are approximately 2 x 2 cm and an additional 2 x 2 cm second hole. The entrance wound was 1 cm x 1 cm. This was on the radial side. The patient did have palpable radial and ulnar pulses, warm, well perfused fingertips. Initially, prior to reduction, there was paresthesia in the median nerve distribution but after closed reduction and splint application by the orthopedic resident, this did improve significantly. His AIN, PIN, and ulnar motor function were intact and sensation was near normal in all nerve distributions with the exception of some mild paresthesia in the volar thumb. The elbow was painless with excellent range of motion. I discussed the risks and benefits of surgery in detail with the patient to include infection, bleeding, injury to vessels and/or nerves, malunion, nonunion, failure of fixation, likely need for future bone grafting of his severely comminuted ulna, stiffness, and need for additional surgery. We further discussed the risks of anesthesia and he further discussed that with the anesthesiologist.

DESCRIPTION OF PROCEDURE: The patient was brought to the operating room and placed supine on the operating room table. After appropriate anesthetic induction, he was slid over toward the arm table. A nonsterile tourniquet was applied to the left proximal brachium. The left arm was then

JOHNSON, LEONARDO   ENC#37061314   8/15/2012 IPT   ORT 8/17/2012 OR0240 eOperative Report 8/15/2012

PATIENT NAME:          JOHNSON, LEONARDO R
MEDICAL RECORD NO:     1173438
OPERATIVE REPORT
PAGE: 2

scrubbed with a Chlorhexidine prescrub. Because the patient had an allergy to shellfish and it was unclear whether he had an allergy to iodine, we did prep with ChloraPrep. The left arm was draped in the usual surgical sterile fashion and prepped with ChloraPrep. A brief timeout was performed where we verified site and site of surgery as well as administration of preoperative antibiotics. He did receive antibiotics early in the emergency room upon arrival and a subsequent dose just as we were beginning surgery. An Esmarch was used to exsanguinate the left upper extremity and the tourniquet was elevated to 250 mmHg. We first connected the exit wound on the ulnar side with a #10 blade. Careful dissection was made with tenotomy scissors down to the level of the ulnar fracture. We did not encounter the ulnar nerve during this approach. There was significant damage to his flexor carpi ulnaris and ECU muscle bellies. There were multiple bone fragments that had no soft tissue attachments emanating from the exit wounds. There were also multiple bony fragments deep in the ulnar shaft without soft tissue attachments. These bony fragments were removed and discarded. All nonviable muscle was debrided back to healthy bleeding and contractile muscle. Every effort was made to limit our periosteal dissection along the ulnar shaft for placement of our plate. At this point, we copiously irrigated the wound with 3 liters of Bacitracin-impregnated normal saline followed by an additional 3 liters of normal saline. We then turned out attention to the radial side. We changed our gloves, laid down a fresh drape on the table, and discarded all instruments used for the incision and drainage. We then made a volar approach to the mid shaft of the radius with the modified Henry method. Sharp dissection was carried out to the skin over the FCR. We dissected down to the flexor carpi radialis at its musculotendinous junction where there was considerable muscle damage. The volar-formed fascia was already violated by the bullet but we did need to extend a fasciotomy over the volar compartment distally and proximally so as to allow adequate exposure for ORIF. We carefully identified the radial artery which was under the brachioradialis but subluxated posteriorly due to the shortening of the forearm. The radial artery was protected throughout the surgery. We then elevated muscle off of the radius and used pointed tenaculums to reduce the radius. There was a butterfly fragment which aided in our cortical reed and we were able to get an anatomic reduction of the radial shaft. We pinned our reduction in place with 1.6 mm K-wires and then applied a 3.5 mm LC-DCP Synthes plate. The plate was slightly underbent so as to allow adequate compression at the opposite cortex. The muscle plate was positioned and verified with external fluoroscopy. We placed our screws and we did compress our fracture. We placed 1 screw through the plate to lag our butterfly fragment and we did achieve an anatomic reduction with excellent compression. Now that we had length and rotation restored to the forearm as well as angulation, we were able to better reduce our ulna. We copiously irrigated our radial wound, released the tourniquet, closed the deep, subcutaneous tissue with 0-Vicryl suture and the superficial subcutaneous tissue with 2-0 Vicryl suture. At this point, we explored our ulnar wound. There was a large venous leader at this time as the tourniquet came down and we did ligate that in the skin. We now created an incision on the distal ulnar shaft and it was approximately 4 cm in length. We approached the ulnar directly between the FCU and the ECU which were elevated dorsally off of the ulnar shaft. We then advanced a 3.5 mm 14-hole Synthes LC-DC plate submuscularly to bridge the severely comminuted ulnar shaft. We felt the best position for rotation at this point given that the radius was restored was in neutral alignment and we maintained neutral radial forearm rotation while we performed this. We positioned our plate, pinned it in place, and were able to get 3 excellent bicortical screws distally and proximally. Because of the severe comminution and bone loss from the open fragments, we did not violate these fracture pieces and any fragment that had periosteal tissue was bridged. We placed locking screws in the shaft distally and proximally as well as a single lag screw through our plate distally. We verified length, rotation, and alignment of our ulna and our radius once with C-arm fluoroscopy. The wound was once again irrigated and the deep subcutaneous tissue was closed with 0-Vicryl suture. The superficial subcutaneous tissue was closed with 2-0 Vicryl suture. The skin was closed with 3-0 nylon in a horizontal mattress fashion. We then obtained final films of our forearm, our wrist, and our elbow. The DRUJ was stable throughout

JOHNSON, LEONARDO   ENC#37061314   8/15/2012 IPT   ORT 8/17/2012 OR0240 eOperative Report 8/15/2012

PATIENT NAME:        JOHNSON, LEONARDO R
MEDICAL RECORD NO:   1173438
OPERATIVE REPORT
PAGE: 3

supination, pronation and there was no instability there. The radial head also remained stable without any subluxation and the elbow was stable as well throughout full range of motion, flexion, extension, varus valgus stress. Notably, we did elevate the tourniquet again while we were fixing our ulna. Total tourniquet time was 117 minutes for the first half and 63 minutes for the second half of the case. Xeroform, 4 x 4s, Bacitracin ointment, and an ulnar gutter splint were then applied. The patient was then awakened from anesthesia, transferred to the recovery room in stable condition.

POSTOPERATIVE PLAN:
1. The patient will receive 48 hours of prophylactic antibiotics given his open injury.
2. We will give him TED and SCDs and early mobilization for DVT prophylaxis. Chemoprophylaxis is not indicated at this time.
3. The patient will receive calcium, vitamin D supplementation as per our protocol. We will also give him senna, Colace, with narcotic medication to include Percocet. We will give him Protonix as well. Given the benefit of vitamin C in distal radius fractures, I think he may benefit from this. Given that he has had some neuropraxia at this time, we will give him vitamin C.
4. The patient will receive ice to his operative ice for the next 48 hours on and off at 4-hour intervals.
5. Radiographs will be performed on forearm and wrist. In Main radiology.
6. We will obtain a CBC on postoperative day number 1.
7. The patient will use a sling for comfort. May begin range of motion when comfortable. We will get OT consult for hand range of motion exercises.
8. The patient will follow with Dr. Shafiq in 7 days in the orthopedic clinic for a wound check.

I was present for the entire procedure, from opening through closing/from insertion through withdrawal.

ELECTRONICALLY SIGNED BY BABAR SHAFIQ, MD ON 08/18/2012 10:47

_____        _____
BABAR SHAFIQ, MD [ ID# 92714 ]                  DATE

DICTATED BY: BABAR SHAFIQ, MD [ ID# 92714 ]
66169/5020424/99649
DD: 08/15/2012 22:24  DT: 08/15/2012 23:37