# EXHIBIT E
# (Items in the Defendant's Wallet)



US-0000408







Back of Blue Ridge Arsenal Business Card

**Target List**



