# EXHIBIT F
# (Diagram of Crime Scene)

# Diagram of FRC Lobby Area

