# EXHIBIT G
# (X-ray of the Defendant's Backpack)

