# EXHIBIT H
# (The Defendant's Internet Searches for Blue Ridge Arsenal on August 7, 2012)





US-0000201





US-0000211

# Mapquest Driving Directions to Blue Ridge Arsenal

