# EXHIBIT J

**(Still Photographs from French Film Crew's Video Footage of Blue Ridge Arsenal on August 9, 2012)**









