# EXHIBIT K
# (Gun Purchase Documents)

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Firearms Transaction Record Part I - Over-the-Counter

| | Transferor's Transaction Serial Number *(If any)* |
|---|---|
| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. | 31904 |
| Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT." | |

### Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name**
- Last Name: Corkins II
- First Name: Floyd
- Middle Name *(If no middle name, state "NMN")*: Lee

**2. Current Residence Address** *(U.S. Postal abbreviations are acceptable. Cannot be a post office box.)*
- Number and Street Address: [redacted]
- City: [redacted]
- County: [redacted]
- State: VA
- ZIP Code: [redacted]

**3. Place of Birth**
- U.S. City and State: [redacted]
- -OR- Foreign Country:

**4. Height:** Ft. 6 In. 0
**5. Weight (Lbs.):** 250
**6. Gender:** ☑ Male ☐ Female
**7. Birth Date:** Month [redacted] Day [redacted] Year [redacted]

**8. Social Security Number** *(Optional, but will help prevent misidentification)*: [redacted]
**9. Unique Personal Identification Number (UPIN) if applicable** *(See Instructions for Question 9.)*

**10.a. Ethnicity**
- ☐ Hispanic or Latino
- ☑ Not Hispanic or Latino

**10.b. Race** *(Check one or more boxes.)*
- ☐ American Indian or Alaska Native
- ☐ Asian
- ☑ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☑ White

**11.** Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Instructions for Question 11.a.)* **Exception:** If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a **felony**, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien **illegally** in the United States? | ☐ | ☑ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? *(If "yes," the licensee must complete question 20c.)* *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |

**13. What is your State of residence (if any)?** *(See Instructions for Question 13.)*: VA

**14. What is your country of citizenship?** *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)*
- ☑ United States of America
- ☐ Other *(Specify)*

**15.** If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

Note: Previous Editions Are Obsolete

**Transferee (Buyer) Continue to Next Page**

ATF Form 4473 (5300.9) Part I
Revised April 2012

US-0001036

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

**16. Transferee's/Buyer's Signature** [signature]

**17. Certification Date** 08/09/2012

## Section B - Must Be Completed By Transferor (Seller)

**18. Type of firearm(s) to be transferred** *(check or mark all that apply):*
☒ Handgun  ☐ Long Gun *(rifles or shotguns)*  ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)*

**19. If sale at a gun show or other qualifying event.**
Name of Event: N/A
City, State: POB

**20a. Identification** *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)*

Issuing Authority and Type of Identification: Virginia Drivers License
Number on Identification: [redacted]
Expiration Date of Identification *(if any)*: [redacted]

**20b. Alternate Documentation** *(if driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.)*

**20c. Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide:** Type of documentation showing an exception to the nonimmigrant visa prohibition. *(See Instructions for Question 20.c.)*

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

**21a.** Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)*
Month: 06  Day: 09  Year: 2012

**21b.** The NICS or State transaction number *(if provided)* was: [redacted]

**21c.** The response initially provided by NICS or the appropriate State agency was:
☒ Proceed
☐ Delayed *[The firearm(s) may be transferred on _____ (Missing Disposition Information date provided by NICS) if State law permits (optional)]*
☐ Denied
☐ Cancelled

**21d.** If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency:
☐ Proceed _____ *(date)*
☐ Denied _____ *(date)*
☐ Cancelled _____ *(date)*
☐ No resolution was provided within 3 business days.

**21e.** *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*  ☐ Proceed  ☐ Denied  ☐ Cancelled

**21f.** The name and Brady identification number of the NICS examiner *(Optional)*
_____ *(name)*  _____ *(number)*

**22.** ☐ No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question 22.)*

**23.** ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*
Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)*

## Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

**24. Transferee's/Buyer's Signature** [signature]

**25. Recertification Date** 08/00/2012 [signature]

*Transferor (Seller) Continue to Next Page*
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part3-0001037

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| Sig Sauer | P229 | A5406922 | Pistol | 22LR |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)  one

30b. Is any part of this transaction a Pawn Redemption?  ☐ Yes  ☒ No

30c. For Use by FFL (See Instructions for Question 30c.)

### Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

FFL #1-54-059-01-6K-35833

The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer if the transfer does not occur on the day Section A was completed); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Robert J Thibeau Hton | [signature] | Sales | 08/10/2012 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the

SP-65 (Rev. 07-01-11)

**Department of State Police**
**Virginia Firearms Transaction Record**

31904

Fee Collected: ☒ $2.00 Resident  ☐ $5.00 Non-Resident  ☐ $5.00 Mail-in Transaction

Transaction Serial Number **S 058654**

NOTE: Prepare in original only. All entries on this form must be in ink.

NOTICE TO BUYER - VIRGINIA LAW PROHIBITS THE PURCHASE OF MORE THAN ONE HANDGUN WITHIN ANY THIRTY-DAY PERIOD UNLESS SPECIFICALLY AUTHORIZED BY STATUTE. CERTAIN PURCHASES OF MULTIPLE HANDGUNS, HANDGUN EXCHANGES, REPLACEMENTS, OR TRADES, ARE EXEMPT FROM THE HANDGUN RESTRICTION. SEE IMPORTANT NOTICES AND INSTRUCTIONS TO TRANSFEREE ON THE BACK OF THIS FORM.

**SECTION A -- MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)**

1. Transferee's (Buyer's) Name (Last, First, Middle)

Corkins II, Floyd, Lee

2. ☒ Male ☐ Female
3. Birth Date (Month, Day, Year) [redacted]
4. Social Security Number or Other Identifying Number (See Important Notice1 on back of form) [redacted]

5. Race (Ethnicity) (Check one or more boxes)
☐ American Indian or Alaska Native  ☒ Black or African American  ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino  ☐ Asian  ☐ White

6. Are you a citizen of the United States?  ☒ Yes  ☐ No
If "No," what is your INS-issued alien number or admission number? _____

Certification of Transferee - Answer the questions below by writing "yes" or "no" in the boxes to the right of the questions.
AN UNTRUTHFUL ANSWER MAY SUBJECT YOU TO CRIMINAL PROSECUTION

7. Have you been convicted of a felony offense or found guilty or adjudicated delinquent as a juvenile 14 years of age or older at the time of offense of a delinquent act which would be a felony if committed by an adult? (See Exceptions on back of form.)
Initial here to document reading and understanding of the Exceptions on back of form. — No

8. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner, or a child of such partner or are you subject to a protective order? (See Important Notice 2 on back of form.) — No

9. Have you ever been acquitted by reason of insanity and prohibited from purchasing, possessing or transporting a firearm pursuant to §18.2-308.1:1 or any substantially similar law of any other jurisdiction, been adjudicated legally incompetent, mentally incapacitated or adjudicated an incapacitated person and prohibited from purchasing a firearm pursuant to § 18.2-308.1:2 or any substantially similar law of any other jurisdiction, or been involuntarily admitted to an inpatient facility or involuntarily ordered to outpatient mental health treatment and prohibited from purchasing a firearm pursuant to § 18.2-308.1:3 or any substantially similar law of any other jurisdiction? — No

I certify that the above answers and answers on the corresponding Federal Firearms Transaction Record (ATF F 4473) form are true and correct. I understand that I may not receive a firearm if I am prohibited by federal or state law. I understand that the making of a false statement on this form and/or the corresponding federal form is punishable as a felony. I hereby consent to having the transferor (seller) request a criminal history record information check be performed by the Department of State Police about me in connection with this transaction.

10. Transferee's Signature [signature]
11. Date (Month, Day, Year) 08/09/2012
12. State Police Approval Number or Other Final Status [redacted]

**SECTION B-- MUST BE COMPLETED BY TRANSFEROR (SELLER)**

13. Establishment of Identification and Residency
A. Primary ID: Driver's License Number [redacted] or Identification Card Number _____ State VA
B. Issuance Date of Primary ID: [redacted] (30-days must have elapsed since the date of issue of an original or duplicate driver's license unless a copy of the Virginia Department of Motor Vehicles driver's record showing that the original date of issue of the driver's license was more than 30-days.)
C. Secondary ID [redacted] THE SECONDARY FORM OF ID MUST CONTAIN A NAME AND ADDRESS AND MUST BE THE EXACT NAME AND ADDRESS AS APPEARS ON THE PRIMARY FORM OF ID
D. Military Personnel: ☐ Identification Card ☐ Permanent Orders to a Duty Post in Virginia
E. Multiple Handgun Purchase Waiver: ☐ Concealed Handgun Permit ☐ Law Enforcement Officer ☐ Trade ☐ Exchange ☐ Redeem Pawn ☐ Multiple Handgun Purchase Certificate ☐ Other: _____
F. Assault Weapon Purchase: Identification provided to establish citizenship or legal alien status: _____
(See Important Notice3 on back of form)

14. No. of Firearms by Category
Pistol(s) 1   Revolver(s) 0   Rifle(s) 0   Shotgun(s) 0

15. Dealer Identification Number (DIN) 0808

16. Employee/Seller Identification Number (See Instructions on back of form) [redacted]
17. Federal firearms License (Last 5 Digits) [redacted]
18. Jurisdiction of Sale (County or City) Fairfax County

THE PERSON MAKING THE ACTUAL FIREARMS TRANSFER MUST COMPLETE ITEMS 19 and 20

19. Transferor's (Seller's) Signature and Title [signature] Sale
20. Transaction Date 08/10/2012

DO NOT WRITE BELOW THIS LINE -- TO BE COMPLETED BY STATE POLICE

☐ Approved  ☐ Not Approved  (Signature) _____
Superintendent or Designee
ORIGINAL
Date

US-0001039

```
              Blue Ridge Arsenal
                14725K Flint Lee Road
                Chantilly, VA   20151


              20% RESTOCKING FEE
                ON ALL RETURNS


    ▮.                    8/9/2012.10:56:10 AM

    FLOYD CORKINS

    SIG SAUER P229 22LR            16546
         LOG: 31904 SERIAL: AJU06922
    FLOYD CORKINS
    ▮

    Signature_____    589.99
    SIGARMS 229 X-CHANGE KIT    19852  349.99
    STATE INSTANT CHECK    STATE CALL    2.00

                           SUBTOTAL    941.98
                         SALES TAX1     47.00
                     TOTAL PURCHASE    988.98

                        Credit Card    988.98
      Currency 1428.483
    CORKINS II FLOYD L
    Card # XXXXXXXXXXXX5035
    Authorization 00912A
              Cardholder Copy

                   CHANGE        0.00


             TRAN# 56019  STR# 001  REG# 3

             GUN/CLOTHING SALES
             FINAL  -  THANK YOU!
```



# Blue Ridge Arsenal, Inc.

Rev. February 2012

14725-K Flint Lee Road
Chantilly, VA  20151
Phone: 703/818-0230
Fax: 703/818-2308
www.blueridgearsenal.com

## Sales Invoice

Date: 08-9-12

**Customer Information:**
First Name: Floyd   Middle: Lee   Last Name: Corbins II
Company:
Address:                                                   Apt #:
City:              State: VA   Zip Code:
Phone:             Alt:

Special Instructions: _____

| Sales No. | Cash | Charge | Check | Special Order | Store Credit | Terms/PO Number |
|---|---|---|---|---|---|---|
| MAH | | ✓ | | | | |

| Quantity | Description | Price | Extended Price |
|---|---|---|---|
| | Sig Sauer 229 -22 LR | 589.99 | |
| | Sig Sauer 229 X-Chng Kit | 348.99 | |
| | | | |
| | Sig Sauer 229 - 22 LR | | |
| | AJU06922 | | |
| | B2a 31904 | | |
| | | | |
| | Stcc fee | $2.00 | |
| | | | |
| | Subtotal | | |
| | Tax | | |
| | Total Due | | |

- Any special order, transfer or repair firearm left for over 30 days after firearm is ready for pick-up will be subject to a $10 per month storage fee.
- ALL FIREARMS SALES ARE FINAL – NO RETURNS.
- 20% restocking fee on all returned accessories or cancelled special orders.
- No refunds on accessories after 10 days.
- All refunds on accessories must be accompanied by the sales receipt.
- All credit returns must be accompanied by the customer's copy of the credit receipt.

I understand & agree to above terms.

Customer Signature: _____   Date: 08/09/2012
Picked up by: _____   Date: 08/09/2012

US-0001044