# EXHIBIT L
# (The Defendant's Internet Searches on FRC and Another Entity on Target List on August 12, 2012)

FD-302 (Rev. 5-8-10)
                          - 1 of 1 -



FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/14/2012

A review of evidence item 1B2, eMachine desktop computer, Model ET1331G, S/N: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ revealed internet searches related to the Family Research Council and the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ conducted by user account "Corkins." This user account appears to be a shared account. The searches take places consecutively over the course of approximately 45 minutes on August 12, 2012. The following searches were conducted:

6:46pm - 801 G Street NW, Washington, DC

6:54pm - Family Research Council

6:59pm - Southern Poverty Law Center

7:03pm - 801 G Street NW, Washington, DC (this search included maps of the address)

**Second target's information redacted**

7:08pm - ▮▮▮▮▮▮▮▮▮▮▮▮ Washington, DC

7:14pm - ▮▮▮▮▮▮▮▮▮▮▮▮ (this search included maps of the area)

7:23pm - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7:30pm - ▮▮▮▮▮▮▮▮▮▮

Investigation on  09/14/2012  at  Washington, District Of Columbia, United States (, Other (Computer Review))

File # 266O-WF-2453461                                    Date drafted  09/17/2012

by ▮▮▮▮▮▮▮▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US-0001950

# MapQuest Driving Directions to FRC



**Google Map of FRC Location**



US-0000214

## Second Google Map of Second Entity on Target List



US-0000215