# EXHIBIT M
# (Additional Evidence that Defendant Surveilled FRC and Rehearsed His Plan on August 13, 2012)



**WMATA Receipt from Surveillance of FRC on August 13, 2012**

US-0000216



US-0000213