# Exhibit N
# (Chick-fil-A Photographs from August 14, 2012)



