# Exhibit P
# (Still Photographs from K-Mart Video Footage and Receipt from August 14, 2012)





```
----------------------------------------
   << LOCKED 007 >>       8/14/12 15:45
  8/14/12 15:50
-88453603243    21IN ROLL BP A    18.74 T
  ACCOUNT NUMBER        470416XXXXXX5035
 AA 01409A $19.68
    **** TAX         .94   BAL      19.68
 VF     CREDIT                      19.68
        CHANGE                        .00
 ^E+^D+^H+TOTAL SAVED:    6.25
 0EX HXU 1H0 019 PMZ YLA
   RECEIPT# 03340 081412 007 78444
  08/14/12  3:51 PM 3340 07 7844 0063    → ASSOCIATE NUMBER
----------------------------------------
                              ↓  ↳ TRANSACTION NUMBER
  ↳ UPC # ON TAG       ↓    RESISTER NUMBER
                     STORE NUMBER
```

US-0000913