# Exhibit R
# (Still Photographs from Video Footage of and Documents from Firearms Training at Blue Ridge Arsenal on August 14, 2012)







**Defendant Practicing with Pistol**



# Blue Ridge Arsenal, Inc.
14725-K Flint Lee Road
Chantilly, VA  20151
Phone: 703/818-0230
Fax: 703/818-2308   Email: blueridgearsenal@aol.com

## Instructional Release

I, my agents, assigns, executors or administrators, for the consideration of being allowed to enter and use the facilities, guns, range and/or other products or services of BLUE RIDGE ARSENAL, INC., do now hereby absolutely and unequivocally release and hold harmless BLUE RIDGE ARSENAL, INC., its agents, leaser, officers, employees, instructors, assigns, owners and successors from any claim, demand, injury or liability, whether claimed by myself or another, arising out of such use of the facilities, products or services of BLUE RIDGE ARSENAL, INC.  I am fully aware that there are substantial risks to my person in the use of firearms, ammunition, indoor ranges and related products or services and that these risks include gunshot wounds caused by myself or by another, or by ricochets, inhalation of lead vapor or other poisons, and damage to my hearing from the high sound levels, or to my vision or skin from gunshot flashes and other dangers not listed herein.  I do hereby accept full responsibility for my own safety.  I understand that I must abide by the posted rules of the range, and wear eye and ear protection at all times that I am inside the range area.  My signature below confirms acceptance of this waiver of liability.

In the event that minor(s) are accompanied by me, I hereby affirm that I am the parent/legal guardian of said minor(s) below the age of twenty one (21), and further affirm that on behalf of said minor(s) I absolutely and unequivocally agree on his/her/their behalf to the conditions of release stated above.

I have read and agree to comply with all the rules and regulations of BLUE RIDGE ARSENAL, INC.; and, understand that I may be denied access or removed from the range at any time for any violation of these rules.

Instructor's Name (please print): _[Redacted]_____

Course Title: Private Pistol

Name (please print): Floyd L Corkins II              Birth date: [redacted]

Address: [redacted]

City: [redacted]          State: VA    Zip Code: [redacted]

Home Phone: [redacted]          Work Phone: _____

Email Address: [redacted]

Student Signature: _[signature]_          Date: 8-14-12

If Student is under age 21, Guardian Signature: _____

Where did you hear about us? Internet

Blue Ridge Staff: Entered into System
Initials: _____    Date: _____

US-0001045

## INSTRUCTOR'S GUN QUESTIONNAIRE

The questions below were formulated by the Department of the Treasury – Bureau of Alcohol, Tobacco and Firearms. For the safety and protection of our customers and patrons, Blue Ridge Arsenal requires they be answered by all individuals seeking to rent firearms.

1) Are you under indictment in any court for a crime punishable by imprisonment for a term exceeding one year?   No

2) Have you been convicted in any court of a crime punishable by imprisonment of a term exceeding one year? (A "Yes" answer is necessary if the Judge could have given a sentence of more than one year.)   No

3) Are you a fugitive from justice?   No

4) Are you an unlawful user of, or addicted to, marijuana, any depressant, stimulant, narcotic drugs or any other controlled substance?   No

5) Have you ever been judged mentally defective or committed to a mental institution?   No

6) Have you been discharged by the Armed Forces under dishonorable conditions?   No

7) Are you at least 21 years of age?   Yes

8) Are you an alien illegally in the United States?   No

9) Have you ever renounced your United States Citizenship?   No

10) Have you ever been convicted of a crime of domestic violence?   No

Floyd L. Corkins II
NAME (PRINT)                                              DATE OF BIRTH (MUST BE 21)

_____     8-14-12
STUDENT SIGNATURE          DATE

IF UNDER AGE 21, GUARDIAN SIGNATURE: _____



US-0001046