# Exhibit S
# (East Falls Church Metro Stop Photographs and Record from Morning of August 15, 2012)



East Falls Church Metro Stop on morning of August 15, 2012



US-0000826





US-0001251