# Exhibit T
# (Photographs of the Defendant after Arrest on August 15, 2012)







