## Exhibit V -- Transcript of Videotaped Statement by the Defendant to the FBI after his Arrest on August 15, 2012

Preliminary Notes:

- FBI Agent 1 ("Agent 1") is dressed in tan khaki pants and a grey short-sleeved shirt.
- FBI Agent 2 ("Agent 2") is wearing brown pants and a black short-sleeved shirt.
- Corkins is dressed in a white jumpsuit.
- The screen date of "14Aug2010" is incorrect, as the statement was recorded on August 15, 2012.
- The substantive portion of the statement begins at 9 minutes and 35 seconds on the video clip counter (corresponding to a screen time of approximately 17:02:59, or 5:02:59 P.M.).
- **This transcript goes from approximately 27:57 on the counter (a screen time of approximately 17:21:22 hours) to approximately 56:20 (or approximately 17:49:47 hours), includes a break in transcription, and then goes again from <u>1:03:15</u> on the counter (or approximately 17:56:43 hours), and ends at approximately 105:33 (or approximately 17:59:00 hours).**

## TRANSCRIPT STARTING AT <u>27:57</u> ON THE COUNTER

Agent 2:     Okay get this out of the way. Floyd, tell us, you know, we're here to listen to you now.  Ask us any questions you have, but why don't you walk us through today, when you got up in the morning.  We're you home when you got up in the morning today?

Corkins:     Yeah, I was at home.

Agent 2:     Okay.

Agent 1:     Okay.  Just walk us through when you got up.

Corkins:     Uh, let's see.  I got up in the morning. I told my parents, I volunteer at the DC center, the LGBT center.  So, I told my parents I was going down there today and that I needed the car.  The night before I had loaded three magazines full of bullets, I planned on going down to the building I was just at.

Agent 2:     Okay.

Corkins:     And, basically opening fire on…

Agent 2:     Okay, with, with your parent's car you drove there?

Corkins:     Yeah, I drove my parent's car to the East Falls Church Metro Station and I took the metro in.

| | |
|---|---|
| Agent 2: | Okay. |
| Corkins: | But, when I woke up, when I woke up in the morning I got some coffee and I kind of went about my day and went off to the East Falls Church Metro Station. |
| Agent 2: | Okay. |
| Corkins: | Yeah. |
| Agent 1: | But, since, since we said this morning, let's back track and go to the night before. You said you loaded three magazines. Walk us through that. |
| Corkins: | Yeah, well the night before I got instructions on how to use a gun from the Blue Ridge Arsenal.  I got private instruction on how to operate the gun that I had bought. |
| Office 2: | Where's that at? |
| Corkins: | It's in Chantilly. |
| Agent 2: | Chantilly?  So, you went there.  It's a range? |
| Corkins: | It's a range and they give instruction on how to operate my gun. |
| Agent 2: | Okay. |
| Corkins: | I shot a few rounds at the range.  About 50 rounds at the range. |
| Agent 2: | Okay.  What kind of gun was it? |
| Corkins: | A SIG 229. |
| Agent 2. | Okay. |
| Corkins: | 9mm.  So I got the gun, I got the instruction, then I loaded the magazine the night before.  There's three. |
| Agent 2: | Fully loaded each magazine? |
| Corkins: | Yeah. |
| Agent 2: | Okay.  How many rounds in each one?  Roughly? |
| Corkins: | 15. |
| Agent 2: | 15, okay.  Go ahead. |
| Corkins: | 15 rounds in each one.  Um, earlier that day I went to get Chicken-fil-A.  I got 15 Chicken-fil-A sandwiches. |
| Agent 2: | Earlier yesterday? |
| Corkins: | Yeah, earlier yesterday before I went to the gun range. |
| Agent 2: | Hungry huh? |

Corkins:        Well no.  That wasn't for me.  It was for, I was trying to make a statement with Chicken-fil-A.

Agent 1:        What Chicken-fil-A did you go to?  The one across the street?

Corkins:        The one that's in Sterling.

Agent 1:        Okay.

Corkins:        I got them the night before.

Agent 1:        Okay.  Why, why 15?

Corkins:        That just seemed like the number I wanted to use.

Agent 1:        Ok.

Corkins:        So I got the Chicken-fil-A and then I went to the gun range.  I went to the gun range, I got instructions, and I loaded the magazines so I would be ready for today.

Agent 1:        Okay.

Corkins:        Yeah.

Agent 2:        Ok, you shot last night, you loaded the magazines, you got 15 Chick-fil-As.  You said you wanted to make a statement.

Corkins:        Yeah, it's basically a statement against the people who work in that building.

Agent 2:        Okay.

Corkins:        I consider myself a political activist.

Agent 2:        Okay.

Corkins:        And with their stance against gay rights and Chicken-fil-A, they endorse Chicken-fil-A and also Chicken-fil-A [undecipherable] came out against gay marriage . . .

Agent 2:        I saw that.  Yeah, I saw that.

Corkins:        came out against gay marriage so I was going to use that as kind of a statement.

Agent 2:        Okay.  Okay.

Agent 1:        Did you get the idea from someone?  Or . . .

Corkins:        No.  It's just my idea.

Agent 1:        Okay.

Agent 2:        So, what, what was your intention?  What was your…You're making a, a political activist you said?

| | |
|---|---|
| Corkins: | Yeah, I wanted to kill the people in the building and then smear a Chicken-fil-A sandwich on their face. |
| Agent 2: | Okay. |
| Corkins: | That was the plan. |
| Agent 2: | Okay. |
| Corkins: | Yeah. |
| Agent 2: | Okay.   So that was the plan? |
| Corkins: | Yeah. |
| Agent 2: | Ok, so this morning you woke up... |
| Corkins: | I got coffee and I then was gonna be off.  The gun and the Chicken-fil-A sandwiches were in the car, the trunk of the car.  I put them there the night before.  So I had everything set up for me to go down there to DC today. |
| Agent 2: | Okay. |
| Agent 1: | What kind of car is it? |
| Corkins: | It's a Dodge Neon. |
| Agent 1: | What color? |
| Corkins: | Silver. |
| Agent 1: | Is it registered to you? |
| Corkins: | No, it's registered to my parents. |
| Agent 1: | To your parents?   Okay.  Did you go anywhere before coming to DC this morning? |
| Corkins: | No. |
| Agent 1: | So you drove, drive, drove . . . |
| Corkins: | right to the East Falls Church Metro Station. |
| Agent 1: | Okay.  Is the car parked there? |
| Corkins: | It should still be there. |
| Agent 1: | Okay.  Do you know where . . . |
| Corkins: | They searched it. |
| Agent 1: | where it's parked?  Oh they searched it? |
| Corkins: | I think they searched it.  Yeah, they found it.  Yeah I don't know…Yeah I know where it's parked.  The bigger parking lot, two lanes back or something. |

4

Agent 1:      Okay.

Agent 2:      Who, who, somebody searched it?

Corkins:      Yeah.  Some of the guys I talked to earlier . . .

Agent 2:      Okay.

Corkins:      found it.

Agent 2:      Okay.  Um, so you went to the metro, then what did you do?

Corkins:      I went to the metro.  I got on the metro train. I got off at Gallery Place.  Just went
              right in front of the building.

Agent 2:      Okay.

Corkins:      And yeah.

Agent 1:      What, what time would you say you got off at the East Falls Church Metro?

Corkins:      Uh, maybe around 10:50.  Somewhere around then.

Agent 1:      Okay.  And you came to Gallery Place?

Corkins:      Yeah.

Agent 1:      And what's the name of the place you were going to here in DC?

Corkins:      Uh, I've already forgotten.

Agent 2:      What kind of place . . .

Corkins:      American Research Council.

Agent 2:      American Research Council?

Corkins:      Yeah.

Agent 2:      And what kind of place is it again?

Corkins:      It's a lobbying group.

Agent 2:      Okay.   What was it . . . you said a political statement with the…go ahead.

Agent 1:      How do they, I guess Mike's question is, how do they fit into the mix with Chick-
              fil-A.

Corkins:      Well they endorse Chicken-fil-A.  Both them and after Chicken-fil-A came out
              against gay marriage, they began to endorse Chicken-fil-A.  The organization did.

Agent 1:      Gotcha.

Corkins:      Yeah.

Agent 1:      Okay.  I think that's what we were missing.  Do you know what street you were
              on or what street this…

| | |
|---|---|
| Corkins: | G Street. |
| Agent 1: | G Street.  Okay. |
| Agent 2: | So you went over to G Street then. |
| Corkins: | Yeah. |
| Agent 2: | And then . . . go ahead keep going. |
| Corkins: | I went over to G Street . . . |
| Agent 1: | Do you know what the specific address is?  I'm sorry to keep . . . |
| Corkins: | 801 G Street. |
| Agent 1: | 801?  Okay. |
| Corkins: | Alright so I got off the metro.  I loaded the gun.  When I got across the street from the place I loaded the gun . . . |
| Agent 1: | Okay. |
| Corkins: | then I crossed the street and I went inside.  I buzzed myself in.  I told them that I was doing an interview for an internship and they let me in. |
| Agent 2: | Okay. |
| Corkins: | And once they let me in I pulled out the gun, and the guy had come around from behind the counter . . . |
| Agent 2: | Okay. |
| Corkins: | when I was reaching into the bag, and then I pulled the gun out and he grabbed the gun and we kind of wrestled a little bit.  Some shots were fired.  Eventually he wrestled the gun from me . . . |
| Agent 2: | Okay. |
| Corkins: | yeah. |
| Agent 2: | Okay.  When you went in there, right, with the gun, right.  It was loaded? |
| Corkins: | Yeah. |
| Agent 2: | It was loaded.  And you, what was your intention when you went in there with the gun? |
| Corkins: | Uh, it was to kill as many people as I could. |
| Agent 2: | Okay.  Okay.  Um, okay.  He, he went for the gun then? |
| Corkins: | Yeah, I pulled it out I was a little too close to him.  I've never done anything like that before so, very inexperienced. |

Agent 2:      Okay.

Corkins:      So when I pulled it out, he kind of grabbed it, we wrestled a little bit, some shots
              were fired off, but he eventually got the gun and told me to get on the ground.

Agent 2:      Okay.

Corkins:      And, that's when the police came.

Agent 2:      Okay.

Corkins:      But I think I got a shot in the arm.  I'm not sure.

Agent 2:      Okay.

Agent 1:      When you loaded the gun across the street, and you walked over to the building,
              where was the gun at?

Corkins:      It was in my bag.  I had the backpack and zipped it back up.  So when I got there I
              put the bag down and unzipped it, but when I was unzipping it, he came around
              the corner, and I pulled it out, and that's when he grabbed it.

Agent 1:      And you were inside the building at this point?

Corkins:      Yeah.

Agent 1:      Obviously they, they must have taken your clothes.  What were you wearing
              today?  What were you wearing?

Corkins:      I was wearing white khakis, and a button up shirt.

 Agent 1:     What color was the shirt?

Corkins:      It had stripes on it.  It was like grey with stripes.

Agent 1:      Okay.

Agent 2:      Do you think you ah, so when you walked up you had the gun out, right?

Corkins:      Yeah.

Agent 2:      You got a round off before he went for it?  Did you try to shoot him first?

Corkins:      No [undecipherable] I didn't get a round off before.  He grabbed the gun before I
              got a round off.

Agent 2:      Did you, you had it hidden right?

Corkins:      Yeah, I had the bag.  I pulled it out of the bag.

Agent 2:      So you pulled it out of the bag and…

Corkins:      and then I pointed it, and that's when he grabbed it.

Agent 2:      Okay.

Corkins:     And he grabbed it before I could get a round off.

Agent 1:     Did you, who were you pointing the gun at?

Corkins:     At him.

Agent 1:     At him.

Corkins:     Yeah.

Agent 1:     And what was your intention in pointing the gun at him?

Corkins:     It was to shoot him.

Agent 2:     And this is so if he didn't grab it from ya, your, was your intention, it was to shoot him?

Corkins:     I would have shot him.

Agent 2:     And, and it was to kill him?

Corkins:     Yes.

Agent 2:     Okay.  And then if you would have killed him, what would you, you said, you would have . . . you were trying to . . .

Corkins:     I would have gone upstairs. I wanted to go on the elevator and go upstairs to the office part of the building.

Agent 2:     And do what else?

Corkins:     Uh, kill as many people as I could.

Agent 2:     Okay.  Okay.  Um…

Agent 1:     When you guys are struggling with the gun, how did the gun discharge?

Corkins:     I pulled the trigger.

Agent 1:     You pulled the trigger? Okay.  So it wasn't, it wasn't like you guys were struggling around the gun and the trigger just accidentally went off.  You pulled the trigger?

Corkins:     Yeah.

Agent 1:     Okay.

Agent 2:     Okay.  And your intention was to shoot and kill him is that correct?

Corkins:     That's correct.

Agent 2:     Okay. Um . . . and then to kill as many other people as possible…

Corkins:     Yeah.

Agent 2:     Is that what you're . . .

Corkins:        That was the plan.

Agent 2:        Okay.

Agent 1:        Do you know, because I don't know anything about this, this research center.  Is the whole building the same organization?

Corkins:        Yeah, the whole building is the same organization.

Agent 1:        Okay.  So everyone in there would have been working for the same company?

Corkins:        Yeah.

Agent 2:        How did you . . . this building this organization, did you . . . how did you find it earlier?  Did you look it up online?  Or how did you know about . . .

Corkins:        Southern Poverty Law lists, ah, anti-gay groups.  I found them online.

Agent 2:        Okay.

Corkins:        I did a little research, went to their website, stuff like that.

Agent 2:        Okay.  Okay.  And you did this on your…you have a home computer or a laptop?  Or where did you do this?

Corkins:        I used my parent's computer.

Agent 2:        Oh, on your parent's computer. You guys all use the same computer in your house?

Corkins:        Yeah.

Agent 2:        Okay.

Agent 1:        How long have you been thinking about this?

Corkins:        What?  The violence?

Agent 1:        Yeah.

Corkins:        Or just the actual plan that I went through today?

Agent 1:        The, the plan.

Corkins:        The plan I went through today maybe about a week, two weeks ago.

Agent 1:        And how about the planning?

Corkins:        The planning?

Agent 1:        Yeah, the actual violence.

Corkins:        Probably for years.

Agent 1:        For years?

Corkins:        Yeah, I just never went through with it.

Agent 2:     What made you decide to go through with it this time?

Corkins:     I just felt like now was the time to do it.

Agent 2:     Okay.  Where did um...Floyd, where did you get the gun from?

Corkins:     Um, Blue.  Blue Range Arsenal.

Agent 2:     Blue Range Arsenal?

Corkins:     In Chantilly, the one I mentioned earlier.

Agent 2:     Yeah the one you mentioned earlier? When did you get the gun?

Corkins:     I, uh, I got it on Tuesday.  No, actually, um, it was last Friday I got it.

Agent 2:     Last Friday?

Corkins:     Yeah. On Tuesday I got the training for it.

Agent 2:     Okay.  On Tuesday, yesterday, you got the training for it.

Corkins:     Yeah.

Agent 2:     Okay.  Okay.

Agent 1:     Do you know what time you were there yesterday about?

Corkins:     5:30 to 7:30.

Agent 1:     Is it like an open class for everyone or is it just . . .

Corkins:     I got one-on-one lessons.

Agent 1:     Private lessons?

Corkins:     Yeah, one-on-one.

Agent 1:     Do you know who taught those lessons there?

Corkins:     Umm. ███████

Agent 2:     What was the name?

Corkins:     ███████

Agent 2:     ███████ okay.

Agent 1:     Did you just . . . How many guns did you have?

Corkins:     Just one.

Agent 1:     Just one.

Corkins:     Yeah. No other guns?

Agent 1:     Yeah.  Okay.

Agent 1:     Umm.  How much ammo would you say you had with you today?

Corkins:     I should have had a box with 50 rounds in it.

Agent 1:      So just 50 rounds total?

Corkins:      Yeah, and three magazines of 15.

Agent 2:      So, you had the box of 50, and then the 3 magazines?

Corkins:      Yeah.

Agent 2:      And, now, one of those magazines was it in the gun?

Corkins:      One of the magazines …

Agent 2:      One?  Okay

Corkins:      were in the gun.

Agent 2:      Okay.  And you had the other two.  Okay.

Agent 1:      Okay.  Well, once you were done, you, you articulated to us that your plan was to shoot everyone there in the building. Once you ran out of ammo, what was your, what was your intention?  Or, what was your planning?

Corkins:      Well, I don't think I was going to run out of ammo.

Agent 1:      Okay.

Corkins:      I wasn't quite sure what I was going to do afterwards. I figured that by the time I started doing it, the police would have came. So I kind of anticipated that I probably would be arrested today.

Agent 1:      Okay.

Corkins:      Um, if I didn't, I had an alternative plan that I was going to get on the metro and go to the ████████████████, which is an organization kind of like the American, uh, Research Council.

Agent 1:      Okay.

Corkins:      Uh, and I was going to try and do the same thing.

Agent 1:      Okay. And where is that at?



| | |
|---|---|
| Agent 1: | Okay, so uh, now, is that location is that all one location where all the employees at the building are? |
| Corkins: | Yeah, it's one location. |
| Agent 1: | Okay.  Uh.  So if you didn't get caught there at the Family Research Council . . . |
| Corkins: | I would have just gone home and started planning some more. |
| Agent 1: | Ok so you weren't going to go directly over to ██████████? |
| Corkins: | Yeah, I was going to go directly there. |
| Agent 1: | Okay.  And what would, what would have been your plan there?  To shoot everyone there? |
| Corkins: | Yeah. To try to, yeah. |
| Agent 1: | And then from there what would you have done? |
| Corkins: | Uh, if I didn't get caught I would have gone home and kind of planned more, to do more shootings and stuff like that. |
| Agent 1: | Okay. |
| Agent 2: | If the police would have showed up today when you were shooting, what would you have done if the police showed up? |
| Corkins: | Uh, I probably would have just given up.  Given myself up.  I mean, there's no.. There's no need for me to try and escape it. |
| Agent 2: | Gotcha. |
| Corkins: | I mean I figured as much if the police showed up that… I wouldn't have escaped. So . . . |
| Agent 2: | Gotcha. What are . . . |
| Agent 1: | I noticed, are you injured in anyway? |
| Corkins: | No. |
| Agent 1: | Okay.  So, you don't need to see a doctor for anything? |
| Corkins: | No.  Just my eye got busted, that's it. |
| Agent 1: | You're okay though? |
| Corkins: | Yeah. |

Agent 1:     Okay.  Um, have you talked to anybody else about this?  Like your plan?

Corkins:     No.

Agent 1:     The violence that your?

Corkins:     No.  My counselor and psychiatrist, they knew about the issues of violence towards you know, groups of people like that.  But they didn't know the exact plan that went on today.

Agent 2:     Do you… (Agent 1 interrupts)

Agent 1:     Okay.

Corkins:     Huh?

Agent 2:     No, you go ahead.

Agent 1:     Uh, okay, sorry.  Uh, where do you see your counselor at?

Corkins:     ███████████████████████.

Agent 1:     ██████████████████████

Corkins:     ████████████████

Agent 1:     ████████████  Okay. Whens the last time that you talked to her?

Corkins:     Uh, maybe about two weeks ago.

Agent 1:     About two weeks ago?  Okay.

Agent 2:     Then you said about the issues of violence?

Corkins:     Yeah.  I wanted to, initially, I wanted to make a bomb, but I didn't do it.

Agent 2:     Okay.

Corkins:     I didn't have the patience for it.  So.

Agent 2:     Okay.  Okay.

Agent 1:     Do you go on any of these blog websites?

Corkins:     No.

Agent 1:     Like post your, your feelings?

Corkins:     No.  I've never done that.

Agent 1:     No?  Okay.  So you don't go by a username or anything posting-

Corkins:     No.

Agent 2:     Have you ever talked about doing this online at all?

Corkins:     No.

Agent 2:     Like you said, online like a blog.  Did you go online at all and talk about this?

| | |
|---|---|
| Corkins: | No. |
| Agent 2: | Okay. |
| Agent 1: | Now that we're here and all this has transpired, how do you feel now? |
| Corkins: | I don't know.  I feel sort of kind of like in a daze a little bit.  So... |
| Agent 1: | Ok. Ok. |
| Corkins: | I don't know. |
| Agent 1: | Are you.  Are you sorry for what happened, or? |
| Corkins: | I don't know.  I don't know. |
| Agent 1: | Okay. |
| Agent 2: | So you don't have, do you have any other guns? |
| Corkins: | No. |
| Agent 2: | No other guns? |
| Corkins: | No. |
| Agent 2: | That's it?  Okay.  Do you have, you said you were talking about a bomb, but you didn't have the patience for it? |
| Corkins: | Yeah. |
| Agent 2: | Did you try to build one of these in the past?  You did not? |
| Corkins: | I did not try to build one. I did some minimum research but then I . . . |
| Agent 2: | Online? |
| Corkins: | Yeah. |
| Agent 2: | Okay. |
| Corkins: | But it would take too long so . . . |
| Agent 2: | Okay. |
| Agent 1: | Uh…Is there anything at your house that . . . |
| Corkins: | No. |
| Agent 1: | No?  What about anything at the house, you know, that, uh, maybe you wrote down about planning or . . . |
| Corkins: | No.  No.  I had something like a journal where I wrote some of my opinions and stuff like that, but it was nothing that was about this. |
| Agent 2: | Okay.  Did it talk a little about the violence or no? |
| Corkins: | It didn't talk about the violence. |

Agent 2:     It didn't talk about the violence?   Okay.   Alright.   Just about your opinions?

Corkins:     Yeah.

Agent 2:     Okay.

Agent 1:     Alright.   What do you, what do you think your parents are going to say?

Corkins:     I think they will be a little upset.   So . . .

Agent1:      Yeah...

Agent 2:     Were they aware of, of, of, you said, like, earlier, like the violence, that you talked about your conversations with them were about your feelings . . .

Corkins:     I'm not sure if they knew or not.   Because when I went to San Francisco I got charged with a 51-50, and they were contacted.   So I'm not sure how much they knew about why I was going to a counselor and stuff like that. We never really talked about it.

Agent 2:     What do you mean?   What do you mean about San Francisco?   Tell me about San Francisco.

Corkins:     Well, at the beginning of the year, I had lost my job in December, so and I decided I wanted kind of a change of kind of environment.

Agent 2:     Okay.

Corkins:     So I moved to San Francisco. And when I got there, I had trouble focusing.   So I sought help as to why I couldn't focus any longer.   That's one reason why I left school, because I couldn't focus on my studies anymore.

Agent 2:     Okay.

Corkins:     So when I went to San Francisco I was having trouble focusing further.   It was getting kind of very severe, so I went to seek help and I got charged with a 51-50. Um, and they kind of contacted my parents, and that's when I got back in touch with my parents.   Because I hadn't talked to my parents in about a year.

Agent 1:     What's a 51-50?

Corkins:     It's if they think you are a danger to yourself or others.

Agent 1:     So you were kind of involuntarily committed?

Corkins:     I was volun . . . not.   I don't know.   I, I, I don't know.

Agent 2:     You went to see someone by yourself it sounds like, on your own?

Corkins:     Yeah, yeah. It's just because I had problems concentrating and stuff like that.

Agent 2:      Okay.

Corkins:      That's kind of when they first gave me my prescription for first it was Zydrexa (SP), but now it's Halodol.

Agent 2:      Hala . . . is that what you take now?

Corkins:      Yeah.  Halodol.  And Zoloft.

Agent 2:      And Zoloft.  Okay.

Corkins:      Yeah so . . .

Agent 1:      How often do you have to take that?

Corkins:      Just once a day.  Halodol is an injection that's once a month.

Agent 1:      Okay.  Are you up to date with the injection?

Corkins:      No, I was supposed to get it yesterday, but I never got it.

Agent 1:      Okay.  And how about the other, what was the other medication?  Zoloft?

Corkins:      Zoloft.

Agent 1:      Did you take that today?

Corkins:      Yeah, I took it last night.  I still have to take it tonight, but I think I'll be alright so.

Agent 1:      Okay.  Okay.

Agent 2:      So you went out to San Francisco.  When did you come back?

Corkins:      Um, I think beginning of late April, the beginning of May, somewhere around there.

Agent 2:      Okay.  And then you went to your parents, and is that where you stayed?

Corkins:      Yeah.

Agent 2:      Okay.

Agent 2:      Anything you want to share with us?  Anything we're not asking that you want to tell us about?

Corkins:      No.

Agent 2:      Nothing?  Okay.

Corkins:      No.  No.  Like I said.  I did it for political reasons.

Agent 2:      Okay.

Corkins:      Yeah.

Agent 2:      Okay.  Oh, for, and again, what were those political reasons?  Just so we . . .

16

| | |
|---|---|
| Corkins: | Uh, basically gay rights, marriage issue.  [Undecipherable] in general, that organization supports a view that gay men aren't born that way, and that they somehow chose this path.  And they create an environment of oppression. |
| Agent 2: | Okay. |
| Corkins: | So that's when I decided that I should do something about it. |
| Agent 2: | Ok.  And then also that Chick-Fil-A that you were saying earlier today? |
| Corkins: | Yeah Chicken-fil-A is one issue.  Using a mixed statement. |
| Agent 2: | Okay. |
| Agent 1: | You said once you shot people . . . |
| Corkins: | Yeah. |
| Agent: | You'd smear the sandwiches . . . |
| Corkins: | Yeah. |
| Agent 1 | across their face. |
| Corkins: | Yeah. |
| Agent 1: | Was there anything else in your bag that you were going to use as kind of like a prop like that or?. |
| Corkins: | No. |
| Agent 1: | Just the chicken sandwiches? |
| Corkins: | Just the chicken sandwiches. |
| Agent 2: | Okay. |
| Agent 1: | Had you been to the 801 G Street, the, the Research Council? Had you been to that place before? |
| Corkins: | Yeah. When did I go to there?  I went there Monday I think. |
| Agent 1: | This past Monday? |
| Corkins: | This Monday to scope it out a little bit, to see what was going on. |
| Agent 2: | What time, what time were you there Monday? |
| Corkins: | Uh, afternoon. |
| Agent 2: | Afternoon? |
| Corkins: | Yeah. |
| Agent 2: | Did you drive, ah, your parent's car?  Or did you take the metro? |

| | |
|---|---|
| Corkins: | Yeah I took my parents car [undecipherable] metro.  Just basically trying to go over exactly what I was gonna do today. |
| Both Agents: | Okay. |
| Agent 2: | No.  Go ahead. |
| Agent 1: | So, you planned it out on Monday? |
| Corkins: | Yeah, yeah.  Just the exacts of it so I knew where the building was and stuff like that. |
| Agent 1: | Did you go into the building that day? |
| Corkins: | Yeah I did. |
| Agent 1: | Did you speak to anyone? |
| Corkins: | I spoke to the receptionist that day.  Just asked them what time the building opened.  The whole building was you know, the Research Council. |
| Agent 1: | Okay. |
| Corkins: | Yeah. |
| Agent 1: | Do you know, when you say receptionist is that the person, I've never been to this building so I don't know what it looks like.  Is the receptionist right there in the front doors? |
| Corkins: | Yeah.  They have to let you in. |
| Agent 1: | Okay. |
| Corkins: | The door's locked, so they had to let you in.  So . . . |
| Agent 1: | Gotcha. |
| Corkins: | I got on the intercom yesterday and I told them I was meeting a friend and they let me in so I could ask a few questions. |
| Agent 1: | Do you remember what this receptionist looked like? |
| Corkins: | Uh, he was black with framed glasses. |
| Agent 1: | Okay. |
| Agent 2: | Did you walk around the building then? |
| Corkins: | No, I just went to the receptionist's desk. |
| Agent 2: | Okay. |
| Agent 1: | Now with the receptionist, is that the same person as a guard?  Or just was the receptionist different from a guard? |

Corkins:      I don't know.  If they had a guard or not.  I think the receptionist is different from a guard. But he was in charge of letting people in and out of the building.

Agent 1:      Okay.

Agent 2:      What time was that again?  This is Monday right?

Corkins:      Monday afternoon.

Agent 2:      Monday Afternoon.  Do you remember what time?

Corkins:      No.

Agent 2:      Okay.

Corkins:      Around 1 o'clock. Maybe 1, or 2 o'clock.

Agent 2:      Okay.  Today then, so you went to the metro?

Corkins:      Yeah.

Agent 2:      Parked there and came in . . .

Corkins:      Yeah.

Agent 2:      right?  What metro did you get off at today?

Corkins:      Gallery Place

Agent 2:      Did you walk directly there? Did you go somewhere beforehand? Or did you walk directly there?

Corkins:      I walked directly there.

Agent 2:      You walked directly there.

Corkins:      To the American Research Council.

Agent 2:      Okay.

Agent 1:      How long did you stand outside there before you went over there.

Corkins:      Not very long. I just loaded the gun, then I crossed the street and went straight in.

Agent 1:      How did you load the gun?

Corkins:      It was in my bag, so I stuck my hand in my bag and put the magazine in.

Agent 2:      So you didn't stop, you got off the metro and went right there?  You didn't stop off anywhere along the way?

Corkins:      No.

Agent 2:      Okay.  Alright

Agent 1:      The gentleman that you got into a struggle with, was he the same person you dealt with on Monday?

Corkins:      No.  He was somebody different.

Agent 1:      So, can you describe him to us?

Corkins:      He's probably an African American guy.  A little bit big, probably about up to there.

Agent 2:      That's the guy today or Monday?

Corkins:      Today.

Agent 2:      The guy today, right?  You saw him today.

Corkins:      Yeah

Agent 2:      Who was, what did he look like again?  I'm sorry.

Corkins:      African American. Stocky.  Maybe a little bit shorter than me . . .

Agent 2:      Okay.

Corkins:      I'm not sure.  Same height.  I'm not sure.

Agent 1:      Did you say anything to him?

Corkins:      No, well I had to say something to him to let me into the building.  So I told him that I had an interview today for an internship, and they told me to check in at the front desk.  So, he let me into the building and that's when I said it.  I said I have a piece of paper with the guy's name I was supposed to meet.  That's when I went into my bag, and someone came from around the corner.  And that's, that's what happened.

Agent 1:      Okay.  So you didn't say anything else other than . . .

Corkins:      Yeah that's all I said.

Agent 1:      what you told us?  Um, did he say anything to you?

Corkins:      No.

Agent 1:      Now was this gentleman coming around the corner, was he the receptionist or?

Corkins:      He was the receptionist, I believe.

Agent 1:      How was he dressed?   Do you know?

Corkins:      I think like a button up shirt? Yeah.

Agent 2:      Okay.  So you didn't yell anything our or anything, you just tried to get the gun out?

Corkins:      Yeah.  Exactly.

Agent 2:      Okay.  Floyd, anything else you want to share with us?  Anything you want to share with us.

Corkins:      No.

Agent 2:      Please go ahead, this is your time.

Corkins:      No . . .

Agent 2:      Nothing.

Corkins:      that's basically what happened.

Agent 1:      Okay.  Do you have any questions of us?

Corkins:      No. You guys aren't part of the . . . your guys are still part of the FBI right?

Agent 1:      Yeah.

Agent 2:      Yeah.  We told you earlier that we're FBI agents.  Yeah.

Corkins:      Is there a reason why I went to the FBI rather than the D.C. Police?

Agent 1:      Um, we work hand-in-hand with DC Police.  The, the squad that initially worked this, they work hand in hand with D.C. Police, so, so did my guy.  So, um. at the time when decisions were made, the decision was made to bring it back over here.

Corkins:      Alright.

Agent 1:      To talk to us.

Agent 2:      Why don't um . . . why don't we go outside for a sec.  And, we'll come right back here in a minute.  Are you good with everything?  Water?  Food?  I know, I know you don't like tuna, huh?

Corkins:      Yeah.

Agent 1:      I'm just gonna be right outside this door.

Agent 2:      Yeah, we're gonna be right here.

Agent 1:      So, if you need something, just say my name.

Agent 2:      We'll be back here in just a minute.  Okay?

Corkins:      Alright.


[Both agents leave the room.  Around 15 seconds later Agent 1 returns.]


Agent 1:      If you want to sit on the couch.

[Corkins moves from a chair at the table to the couch.  Agent 1 pulls a chair up next to the couch and sits down.]

| | |
|---|---|
| Agent 1: | I'm just waiting for Mike to come back. Once we're done with here, Floyd, Um. They're gonna take you down to Central Cell Block, okay?  Which is like the holding cell.  And, uh, um, you're gonna have to spend the night there tonight. |
| Corkins: | Okay. |
| Agent 1: | And maybe you'll go see a judge tomorrow morning probably. |
| Corkins: | Alright. |
| Agent 1: | Okay?  So, what other places have you grown up or lived? |
| Corkins: | I was born in Indiana, moved to Guam, then Oklahoma.  Then Andrews, Maryland . . . |
| Agent 1: | Okay.  Where in Oklahoma? |
| Corkins: | Right outside of Oklahoma City.  Tinker Air Force Base. |
| Agent 1: | Okay. I was out there maybe about two years ago.  I was in Norman, Oklahoma. |
| Corkins: | Oh really? |
| Agent 1: | Yeah.  When did you leave there? |
| Corkins: | Um, 1995. |
| Agent 1: | Okay.  Yeah, when I went to the, ah, the ah, the bombing memorial they had out there . . . |
| Corkins: | Yeah. |
| Agent 1: | Have, had you ever been out there?  I'm not sure, I don't even know if that was even built yet back then. |
| Corkins: | Uh yeah they hadn't built it by then.  I was there for the bombing though. |
| Agent 1: | If you ever go back there, it's pretty nice. Oh, Man. |
| Corkins: | Yeah. |

**BREAK IN TRANSCRIPT FROM <u>56:20</u> TO <u>1:03:14</u> ON THE COUNTER**

**TRANSCRIPT STARTING AGAIN AT <u>1:03:15</u> ON THE COUNTER**

| | |
|---|---|
| Agent 2: | Did um… What kind of gun, what kind of gun did you have again? |

Corkins:        A SIG 229.

Agent 2:        A SIG 229.  Okay.

Agent 1:        Do you know what the serial number was?

Corkins:        No.  Not off the top of my head.

Agent 2:        Did you, did you convert that thing?

Corkins:        Yeah.  It was used, ahh, it was originally like a 20mm . . .

Agent 2:        Okay.

Corkins:        but I converted it to a 9mm.

Agent 2:        Really?  Why did you do that?

Corkins:        I thought it would be more effective.

Agent 2:        Oh, okay.  Okay.  Alright.

Agent 1:        When you fired that round, prior to that did the gun malfunction?

Corkins:        No.

Agent 1:        No.

Agent 2:        And you shot last night so it was working just fine?

Corkins:        Yeah.

Agent 1:        How come, how come you weren't able to fire off another round?

Corkins:        When?

Agent 1:        During the struggle today with the receptionist.

Corkins:        Oh, I don't know.  I think he wrestled it away from me.  I got a few shots off.

Agent 1:        You got a few shots off?

Corkins:        Yeah.

Agent 1:        How many shots would you say you got off?

Corkins:        I'm not sure, maybe around 3.

Agent 1:        Okay.  And you said you think one may have hit him?

Corkins:        I think maybe one may have hit him.

Agent 1:        Where?

Corkins:        In his arm.

Agent 2:        Alright.  Floyd, we'll take you back over there then, okay?

Corkins:        Alright.

Agent 2:        Alright.  We gonna, we gotta handcuff you over again so.  We'll let you take your water.

Agent 1:        You wanna finish any of this?

Corkins:        No.

Agent 1:        You sure?

Corkins:        Yeah.

Agent 2:        Floyd eats rib eye, not tuna.

Agent 1:        It's chicken.

Agent 2:        It's chicken? Oh, I'm sorry. Let's get these on.  Alright, follow me.

**TRANSCRIPT ENDS AT <u>1:05:17</u> ON THE COUNTER**