# Exhibit W
# (Other Items Discovered in Search of the Defendant's Home)

*With God all things are possible.*
Matthew 19:26

www.bombshock.com

http://www.pyronfo.com

**Torn up Cardboard Box for P229 to 9mm Pistol Conversion Kit**







US-0000199