**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 12-182 (RWR)** |
| | ) | |
| **FLOYD LEE CORKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**MOTION TO CONTINUE SENTENCING**

Defendant, Floyd Lee Corkins, through counsel, moves this Court to convert the presently set April 29, 2013, sentencing hearing to a status hearing, and to continue the Defendant's sentencing to a later date.  In support of this request, counsel for Mr. Corkins states:

1. The sentencing hearing in this case is presently set for April 29, 2013, at 11:30 a.m.

2. As noted in the Pre-Sentence Report, the Defendant was receiving mental health treatment when he committed the instant offense. At the time the Pre-Sentence Report was initially disclosed to the parties, however, neither the Probation Department nor the defense had obtained copies of the Defendant's mental health records.

3. The Probation Department recently obtained some, but not all, of the Defendant's mental health records.[1] Counsel for the Defendant, however, has not received or reviewed those records. Moreover, counsel for the Defendant is still in the process of obtaining additional mental health materials from the Defendant's 72-hour civil commitment in February of 2012, which led to the mental health treatment the Defendant was receiving at the time he committed the instant

---

[1] According to the Probation Department, they have recently received summaries of mental health records from the Defendant's therapist, but no mental health records from the Defendant's treating psychiatrist.

offense.

While counsel believes the Defendant's mental health history does not bear on the Defendant's competency to proceed in this matter, counsel believes the Defendant's mental health history is relevant to the appropriate sentence in this case. Moreover, at sentencing, counsel for the Defendant will be seeking to have the mental health records appended to the Pre-Sentence Report, so that the Bureau of Prisons will have the records while the Defendant serves the incarceration component of his sentence.

4. Counsel for the Defendant, therefore, requests that the April 29, 2013, sentencing hearing converted to a status hearing, and that a new sentencing hearing be set on the 29th.

5. The Government, per United States Attorney Ann Petalas, takes no position this request.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
DAVID W. BOS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500